UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEAGRAPE INVESTORS LLC,

                            Plaintiff,

      -v-

KALEIL ISAZA TUZMAN ET AL.,

                            Defendants.

21 Civ. 7517 (PAE)

ORDER TO SHOW CAUSE

---

PAUL A. ENGELMAYER, District Judge:

      On September 8, 2021, plaintiff filed the complaint in the above-captioned case. Dkt. 1. On September 9, 2021, plaintiff served defendants with process, making defendant's deadline to answer or otherwise respond September 30, 2021. *See* Dkts. 15–23. None of the defendants have responded to the complaint or otherwise appeared in this action. Plaintiff, however, has not obtained a certificate of default from the Clerk of Court or filed a motion for default judgment against defendants, and no progress has otherwise been made in this case.

      Accordingly, it is hereby ORDERED that plaintiff shall show cause by October 15, 2021 why the above-captioned action should not be dismissed for failure to prosecute, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Plaintiff may show cause by properly submitting a motion for default judgment, pursuant to the Court's Individual Rules, which requires obtaining a certificate of default issued by the Clerk of Court prior to filing a motion for default judgment. Failure to submit a timely and proper motion for default judgment will result in dismissal without prejudice of this case under Rule 41.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 8, 2021
       New York, New York