UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEAGRAPE INVESTORS LLC,

                            Plaintiff,

                -v-

KALEIL ISAZA TUZMAN ET AL.,

                            Defendants.

21 Civ. 7517 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This Court's order of October 8, 2021, Dkt. 24, was issued in error and is hereby withdrawn. The Court regrets any confusion this may have caused.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 11, 2021
         New York, New York

1